UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMMED JAWARA, )
                            ) Case No. C09-917-RAJ-JPD
           Petitioner, )
                            ) ORDER OF DISMISSAL
          v. )
A. NEIL CLARK, Field Office Director, U.S. )
Immigration and Customs Enforcement, )
                            )
          Respondent. )

     The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, petitioner's

Motion for Order Commanding his Release from Custody, respondent's Cross-Motion to Dismiss,

the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and

any objections or responses to that, and the remaining record, finds and Orders as follows:

          (1)     The Court adopts the Report and Recommendation (Dkt. # 14);

          (2)     Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 6) is DENIED,
                 petitioner's Motion for Order Commanding his Release from Custody (Dkt.
                 # 12) is DENIED, respondent's cross-motion to dismiss (Dkt. # 13) is
                 GRANTED, and this action is DISMISSED as moot;

          (3)     The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

     DATED this 19th day of October, 2009.

                                _____

                                The Honorable Richard A. Jones
                                United States District Judge

ORDER OF DISMISSAL